UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-cr-00314 |
| | ) | JUDGE RICHARDSON |
| LOUIS FREEMAN SPENCER, III | ) | |

## MOTION TO SET A CHANGE OF PLEA HEARING

Comes now Louis Freeman Spencer, III, by and through counsel of record, Paul Bruno, and hereby moves the Court to set a change of plea hearing in this matter. As grounds for this motion, Mr. Spencer would state and show that he intends to plead guilty to two counts in the Indictment pursuant to a plea agreement.

Respectfully submitted,

s/ *Paul J. Bruno*
Paul J. Bruno, B.P.R. #17275
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
pbruno@barrettjohnston.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion To Set A Change Of Plea Hearing* has been electronically delivered to Stephanie N. Toussaint and Anna L. Haffner, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, TN 37203, on this the 11th day of July, 2023.

s/ *Paul J. Bruno*
Paul J. Bruno

1